# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. _____ |
| AUGUST DEKKER, et al.,<br><br>      Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>      Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## [PROPOSED] ORDER GRANTING JOINT MOTION OF NONPARTY GROUPS TO QUASH RULE 45 SUBPOENAS AND FOR FEES

Upon consideration of the Joint Motion of Nonparty Groups to Quash Rule 45 Subpoenas and for Fees ("Motion to Quash and for Fees") and the entire record herein, it is hereby

**ORDERED** that the Motion to Quash and for Fees is **GRANTED**; it is further

**ORDERED** that the Defendants' subpoenas to the Nonparty Groups are quashed in their entirety; it is further

**ORDERED** that the Defendants shall pay to the Nonparty Groups the fees and costs incurred in responding to the subpoenas to them, including the fees and costs incurred in bringing the Motion to Quash and for Fees; it is further

**ORDERED** that, within fourteen days of this Order, the Nonparty Groups or their counsel shall submit to the Court a declaration enumerating the amount of the relevant fees and costs incurred.

1

**SO ORDERED.**

Dated: _____  _____

U.S. District Judge