# EXHIBIT 5

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

AUGUST DEKKER et al.,

   Plaintiffs,

v.           CASE NO.  4:22cv325-RH-MAF

SIMONE MARSTILLER et al.,

   Defendants.

_____/

## ORDER DENYING LEAVE TO FILE AMICUS BRIEFS

   The plaintiffs have moved for a preliminary injunction. The motion is being briefed and will be heard on an expedited basis. Shortly before the deadline for the defendants' brief in response to the motion, two groups filed separate motions for leave to file amicus briefs. They tendered the proposed briefs. Allowing the briefs would afford the defendants very little time to respond. This order denies leave based solely on the timing. As the case progresses, any further proposed amicus brief should be submitted by not later than the deadline for the corresponding filing

of the party whose position the amicus seeks to support.

IT IS ORDERED:

The motions for leave to file amicus briefs, ECF Nos. 34 and 40, are denied.

SO ORDERED on October 3, 2022.

s/Robert L. Hinkle
United States District Judge