# EXHIBIT 10

| | |
|---|---|
| **From:** | Michael Beato |
| **To:** | Silva, Dylan; Mohammad O. Jazil; Lannin, Cortlin; Zack Bennington; MedicalAmici |
| **Cc:** | Gary V. Perko |
| **Subject:** | RE: Dekker v. Marstiller: Notice of Non-Party Subpoenas |
| **Date:** | Friday, December 23, 2022 12:54:49 PM |

**[EXTERNAL]**
Counsel,

Thank you for meeting and conferring yesterday. We discussed the subpoenas for WPATH, ES, and AAP, as well as the subpoenas for the other medical organizations.

Regarding WPATH, ES, and AAP:

- We stated that we were seeking additional documents in response to Request 2 and Request 3
- For WPATH, we questioned whether WPATH regularly transacts business in the District of Columbia
- We reiterated that we are not seeking "all documents" and "all communications"; instead, we are merely seeking substantive documents—for example, meeting minutes—that respond to our requests

For the remaining medical organizations:

- We stated that the requests for production for these organizations were materially similar to the requests for production to WPATH, ES, and AAP. The limitations and compromises we established for the WPATH, ES, and AAP requests would apply to the requests for the other organizations.

We also floated the following proposal:

- For WPATH, ES, and AAP, we would still seek responsive documents. But in lieu of seeking a deposition, we would seek a declaration or affidavit from a representative from their organizations that answers the following questions:
    1. How many members are in their organizations
    2. What subset of the membership sets their policies, guidelines, and standards of care and how
    3. What subset of the membership set their policies, guidelines, and standards of care on gender-affirming care for gender dysphoria
    4. Of the individuals responsible for setting their policies, guidelines, and standards of care on gender-affirming care for gender dysphoria, how many of those individuals dissented from the policies, guidelines, and standards of care on gender-affirming care for gender dysphoria and why
    5. How many members in the organizations as a whole dissented from the organizations' policies, guidelines, and standards of care on gender-affirming care for gender dysphoria and did these members suggest any alternatives (and if so what were they)
    6. What side effects of gender-affirming care for gender dysphoria were these organizations aware of when they developed their policies, guidelines, and standards of care on gender-affirming care for gender dysphoria

- For the remaining organizations, in lieu of seeking documents, we would seek a declaration or affidavit from a representative from their organizations that answers the above questions.

We agreed that we would ask Plaintiffs about the proposal; you stated that you would talk to your clients about it. You stated that you will get back to us next week or shortly after the new year.

As a final matter, we clarified that the end of fact discovery for us is **February 7, 2023**, not February 14.

Have a happy holiday,


**Michael Beato**
Office: **(850) 354-5645**
mbeato@HoltzmanVogel.com // www.HoltzmanVogel.com



PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.  Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  If desired, Holtzman Vogel, PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis.  Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

---

**From:** Michael Beato
**Sent:** Monday, December 19, 2022 7:42 PM
**To:** Silva, Dylan <DSilva@cov.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Lannin, Cortlin <clannin@cov.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; MedicalAmici <MedicalAmici@cov.com>
**Cc:** Gary V. Perko <gperko@HoltzmanVogel.com>
**Subject:** RE: Dekker v. Marstiller: Notice of Non-Party Subpoenas

4:00 works. I can circulate call-in information.



**Michael Beato**
Office: **(850) 354-5645**
mbeato@HoltzmanVogel.com // www.HoltzmanVogel.com



PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.  Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  If desired, Holtzman Vogel, PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis.  Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Silva, Dylan <DSilva@cov.com>
**Sent:** Monday, December 19, 2022 7:31 PM
**To:** Michael Beato <mbeato@HoltzmanVogel.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Lannin, Cortlin <clannin@cov.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; MedicalAmici <MedicalAmici@cov.com>
**Cc:** Gary V. Perko <gperko@HoltzmanVogel.com>
**Subject:** RE: Dekker v. Marstiller: Notice of Non-Party Subpoenas

How about Thursday between 4pm ET and 6pm ET?

**From:** Michael Beato <mbeato@HoltzmanVogel.com>
**Sent:** Monday, December 19, 2022 4:27 PM
**To:** Silva, Dylan <DSilva@cov.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Lannin, Cortlin <clannin@cov.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; MedicalAmici <MedicalAmici@cov.com>
**Cc:** Gary V. Perko <gperko@HoltzmanVogel.com>
**Subject:** RE: Dekker v. Marstiller: Notice of Non-Party Subpoenas

**[EXTERNAL]**
Understood. Friday could work, but Thursday or tomorrow works better for us. Would any of those days be possible?

**Michael Beato**
**Office: (850) 354-5645**
mbeato@HoltzmanVogel.com // www.HoltzmanVogel.com



PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.  Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  If desired, Holtzman Vogel, PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis.  Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Silva, Dylan <DSilva@cov.com>
**Sent:** Monday, December 19, 2022 7:25 PM
**To:** Michael Beato <mbeato@HoltzmanVogel.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Lannin, Cortlin <clannin@cov.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; MedicalAmici <MedicalAmici@cov.com>
**Cc:** Gary V. Perko <gperko@HoltzmanVogel.com>
**Subject:** RE: Dekker v. Marstiller: Notice of Non-Party Subpoenas

Wednesday is unfortunately difficult for me.  How about any time on Friday?

**From:** Michael Beato <mbeato@HoltzmanVogel.com>
**Sent:** Monday, December 19, 2022 4:20 PM
**To:** Silva, Dylan <DSilva@cov.com>; Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Lannin, Cortlin <clannin@cov.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; MedicalAmici <MedicalAmici@cov.com>
**Cc:** Gary V. Perko <gperko@HoltzmanVogel.com>
**Subject:** RE: Dekker v. Marstiller: Notice of Non-Party Subpoenas

[EXTERNAL]
Thank you, counsel. Would you be free to confer on Wednesday—about these subpoenas and the ones we sent to WPATH, ES, and AAP?

**Michael Beato**
**Office:** **(850)** 354-5645
mbeato@HoltzmanVogel.com // www.HoltzmanVogel.com



PRIVILEGED AND CONFIDENTIAL
This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.  Thank you.

DISCLAIMER
Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  If desired, Holtzman Vogel, PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis.  Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.

**From:** Silva, Dylan <DSilva@cov.com>
**Sent:** Monday, December 19, 2022 7:17 PM
**To:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Lannin, Cortlin <clannin@cov.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; MedicalAmici <MedicalAmici@cov.com>
**Cc:** Gary V. Perko <gperko@HoltzmanVogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>
**Subject:** RE: Dekker v. Marstiller: Notice of Non-Party Subpoenas

> Some people who received this message don't often get email from dsilva@cov.com. Learn why this is important

Counsel,

Please see attached the responses and objections to the subpoenas. As noted in the attached, we are available to meet and confer about the requests.

Thanks,
Dylan

**From:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Sent:** Monday, November 28, 2022 11:44 AM
**To:** Lannin, Cortlin <clannin@cov.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; MedicalAmici <MedicalAmici@cov.com>
**Cc:** Gary V. Perko <gperko@HoltzmanVogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>
**Subject:** RE: Dekker v. Marstiller: Notice of Non-Party Subpoenas

**[EXTERNAL]**
That works for us. Thanks, Mo.

**From:** Lannin, Cortlin <clannin@cov.com>
**Sent:** Monday, November 28, 2022 2:26 PM
**To:** Zack Bennington <zbennington@HoltzmanVogel.com>; MedicalAmici <MedicalAmici@cov.com>
**Cc:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Gary V. Perko <gperko@HoltzmanVogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>
**Subject:** RE: Dekker v. Marstiller: Notice of Non-Party Subpoenas

> Some people who received this message don't often get email from clannin@cov.com. Learn why this is important

Zack,

Hope you had a nice holiday. I can confirm that we will represent these organizations and are authorized to accept service of the subpoenas on their behalf. In exchange, we'd appreciate a short one-week extension of the organizations' deadline to serve responses to the subpoenas, to December 19, 2022. Does that work?

Regards,

Cort

---

**From:** Zack Bennington <zbennington@HoltzmanVogel.com>
**Sent:** Tuesday, November 15, 2022 11:42 AM
**To:** Veta, Jean <jveta@cov.com>; Isasi, William <WIsasi@cov.com>; Mondry, Emily <EMondry@cov.com>; Lannin, Cortlin <clannin@cov.com>
**Cc:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>; Gary V. Perko <gperko@HoltzmanVogel.com>; Michael Beato <mbeato@HoltzmanVogel.com>
**Subject:** Dekker v. Marstiller: Notice of Non-Party Subpoenas

**[EXTERNAL]**
Good afternoon, Counsel,

I've attached non-party subpoenas and notices in the subject case for the following:

Academic Pediatric Association
American Academy of Child and Adolescent Psychiatry
American Academy of Family Physicians
American Academy of Nursing
American College of Obstetricians and Gynecologists
American College of Osteopathic Pediatricians
American College of Physicians
American Medical Association
American Pediatric Society
American Psychiatric Association
Association of American Medical Colleges
Florida Chapter—American Academy of Pediatrics
National Association of Pediatric Nurse Practitioners
North Central Florida Council Child & Adolescent Psychiatry
Pediatric Endocrine Society
Societies for Pediatric Urology
Society for Adolescent Health and Medicine
Society for Pediatric Research
Society of Pediatric Nurses

Please inform us if you accept service of the subpoenas. If not, we can serve them through a process server. Thank you and please let us know if you have any questions or require additional information.

Sincerely,
Zack Bennington

**Zack Bennington**
**Holtzman Vogel Baran Torchinsky & Josefiak PLLC**

**Mobile: (762) 585-0490**

zbennington@HoltzmanVogel.com // www.HoltzmanVogel.com

**Tallahassee Office**

119 S. Monroe St, Ste 500
Tallahassee, FL 32301
**(850) 270-5938**

**Virginia Office**

15405 John Marshall Highway
Haymarket, VA 20169
**(540) 341-8808**

**Washington DC Office**

2300 N Street, NW, Ste 643-A
Washington, DC  20037
**(202) 737-8808**



PRIVILEGED AND CONFIDENTIAL

This communication and any accompanying documents are confidential and privileged.  They are intended for the sole use of the addressee.  If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon this communication is strictly prohibited.  Moreover, any such disclosure shall not compromise or waive the attorney-client, accountant-client, or other privileges as to this communication or otherwise.  If you have received this communication in error, please contact me at the above email address.  Thank you.

DISCLAIMER

Any accounting, business or tax advice contained in this communication, including attachments and enclosures, is not intended as a thorough, in-depth analysis of specific issues, nor a substitute for a formal opinion, nor is it sufficient to avoid tax-related penalties.  If desired, Holtzman Vogel, PLLC would be pleased to perform the requisite research and provide you with a detailed written analysis.  Such an engagement may be the subject of a separate engagement letter that would define the scope and limits of the desired consultation services.