# EXHIBIT 11

| | |
|---|---|
| **From:** | Mohammad O. Jazil |
| **To:** | Lannin, Cortlin |
| **Cc:** | Michael Beato; Zack Bennington; Gary V. Perko; MedicalAmici; Joshua Pratt |
| **Subject:** | RE: Dekker v. Marstiller: Non-Party Subpoenas |
| **Date:** | Thursday, January 12, 2023 4:00:17 AM |

**[EXTERNAL]**

Cort—

Thanks for the explanation. We don't oppose the procedure that you've outlined.

Also, do you have a sense of when you'll be filing in the DDC? And would you oppose a motion to expedite the proceedings given the February 7 cutoff from the district court in the ND of Florida?

Thanks, Mo.

**From:** Lannin, Cortlin <clannin@cov.com>
**Sent:** Thursday, January 12, 2023 1:52 AM
**To:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; Gary V. Perko <gperko@HoltzmanVogel.com>; MedicalAmici <MedicalAmici@cov.com>
**Subject:** RE: Dekker v. Marstiller: Non-Party Subpoenas

Mo,

Thanks for the response.  Because the vast majority of the subpoenas were noticed for compliance in Washington, D.C., per FRCP 45(d)(3) we'll be filing in the District Court for the District of Columbia.

As to the sealed declarations, our plan would be to file the redacted declarations on the public docket (as attachments to the motion to seal), but we would provide you (and counsel for plaintiffs) with copies of the complete, unredacted versions that identify the declarants.  Let me know if that clarifies and, if so, your position on our request to seal those limited details.

Thanks,

Cort

**From:** Mohammad O. Jazil <mjazil@holtzmanvogel.com>
**Sent:** Wednesday, January 11, 2023 5:06 PM
**To:** Lannin, Cortlin <clannin@cov.com>
**Cc:** Michael Beato <mbeato@HoltzmanVogel.com>; Zack Bennington <zbennington@HoltzmanVogel.com>; Gary V. Perko <gperko@HoltzmanVogel.com>; MedicalAmici <MedicalAmici@cov.com>
**Subject:** Re: Dekker v. Marstiller: Non-Party Subpoenas

**[EXTERNAL]**

Cortlin—

We oppose the motion, which I'm assuming you'll be filing in the Northern District of Florida. I'm a bit unclear about the sealed declaration. Will it be filed under seal but will an unredacted copy still be shared with us? Finally, we'll accept service pending ECF activation.

Many thanks,
Mo

> On Jan 11, 2023, at 12:04 PM, Lannin, Cortlin <clannin@cov.com> wrote:
>
> Counsel,
>
> Thank you for your time yesterday.  On that call, we explained why we do not believe the declarations you proposed in our previous call would address our clients' concerns about the relevance, undue burden, and other defects in the subpoenas you have served.  We proposed our own compromise—the production of any medical studies cited in the WPATH and Endocrine Society clinical guidelines—but Defendants rejected it.  You confirmed we now appear to be at impasse.
>
> I appreciate your meeting and conferring in good faith, but regret we were unable to arrive at a mutually-agreeable compromise with regards to these subpoenas.  As a result, we will be filing a motion to quash.  By the end of the day, we'd appreciate your response to these questions:
>
> 1. We assume you will oppose the motion, but please confirm.
> 2. The motion will include declarations from certain of the subpoenaed organizations.  In light of safety concerns, we intend to move to seal limited information in those declarations—specifically, the identity of the declarant and information from which the identity of the declarant could be divined.  We expect the proposed redactions will be similar in scope to the redactions that appear in the related declarations that were filed in the Alabama litigation; an exemplar is attached.  Please let us know your position on the sealing of this limited information.
> 3. Finally, please let us know if you will agree to accept email service of the motion and related filings pending activation of the ECF process.
>
> Thanks,
>
> Cort

**Cortlin Lannin**
(He/Him/His)

Covington & Burling LLP
Salesforce Tower, 415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
T +1 415 591 7078 | clannin@cov.com
www.cov.com

<image001.jpg>
<Declaration of AAP.pdf>