IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. _____ <br><br> Case: 1:23-mc-00004 <br> Assigned To : Nichols, Carl J. <br> Assign. Date : 1/13/2023 <br> Description: Misc. |
| AUGUST DEKKER, et al., <br><br> Plaintiffs, <br> v. <br><br> JASON WEIDA, et al., <br><br> Defendants. | Northern District of Florida <br> Case No. 4:22cv325-RH-MAF |

**APPEARANCE OF COUNSEL D. JEAN VETA**

To: The clerk of court and all parties of record

I, Jean D. Veta, am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for nonparties American Academy of Pediatrics ("AAP"), Endocrine Society, World Professional Association for Transgender Health ("WPATH"), American Academy of Child & Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Nursing, American College of Obstetricians and Gynecologists, American College of Physicians, American Medical Association, American Pediatric Society, American Psychiatric Association, Association of American Medical Colleges, National Association of Pediatric Nurse Practitioners, North Central Florida Council of Child & Adolescent Psychiatry, Societies for Pediatric Urology, Society for Adolescent Health and Medicine, Society for Pediatric Research, and Society of Pediatric Nurses (collectively, the "Nonparty Groups").

1

Dated: January 13, 2023

Respectfully submitted,

/s D. Jean Veta
D. Jean Veta

Cortlin H. Lannin (CA Bar No. 266488)
(*pro hac vice* motion to be submitted)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000
clannin@cov.com

Michael J. Lanosa (CA Bar No. 30124)
(*pro hac vice* motion to be submitted)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Phone: (424) 332-4800
mlanosa@cov.com

D. Jean Veta (D.C. Bar No. 358980)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com

*Counsel for Nonparty Groups*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2023, I electronically filed the foregoing document with the Clerk of the Court via email, and that I also caused copies of the documents to be sent to the Clerk via FedEx.  I also certify that on that same day, with their consent I caused the foregoing documents to be served on counsel for Defendants Jason Weida and the Agency for Health Care Administration via email at the following addresses:

Mohammad O. Jazil (via email only)
Gary V. Perko (via email only)
Michael Beato (via email only)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
Phone:  (850) 270-5938
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com

                                                  */s Michael J. Lanosa*
                                                  Michael J. Lanosa