**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al. | Misc. Case No. _____ <br><br> Case: 1:23-mc-00004 |
| AUGUST DEKKER, et al., <br><br> Plaintiffs, <br> v. <br><br> JASON WEIDA, et al., <br><br> Defendants. | Assigned To : Nichols, Carl J. <br> Assign. Date : 1/13/2023 <br> Description: Misc. <br><br> Northern District of Florida <br> Case No. 4:22-cv-325-RH-MAF |

**CERTIFICATE REQUIRED BY LCVR 26.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:**

I, the undersigned, counsel of record for the American Academy of Pediatrics ("AAP"), the American Academy of Child & Adolescent Psychiatry ("AACAP"), the American Academy of Family Physicians ("AAFP"), the American Academy of Nursing ("AAN"), the American College of Obstetricians and Gynecologists ("ACOG"), the American College of Physicians ("ACP"), the American Medical Association ("AMA"), the American Pediatric Society ("APS"), the American Psychiatric Association ("APA"), the Association of American Medical Colleges ("AAMC"), the Endocrine Society, the National Association of Pediatric Nurse Practitioners ("NAPNAP"), the North Central Florida Council of Child & Adolescent Psychiatry ("NORCEF"), the Societies for Pediatric Urology ("SPU"), the Society for Adolescent Health and Medicine ("SAHM"), the Society for Pediatric Research ("SPR"), the Society of Pediatric Nurses ("SPN"), and the World Professional Association for Transgender Health ("WPATH") (collectively, the "Nonparty Groups") certify that, to the best of my knowledge and belief, no

corporations hold any stock in AAP, AACAP, AAFP, AAN, ACOG, ACP, AMA, APS, APA, AAMC, the Endocrine Society, NAPNAP, NORCEF, SPU, SAHM, SPR, SPN, or WPATH.

These representations are made so that judges of this Court may determine the need for recusal.

Dated: January 13, 2023

/s/ D. Jean Veta
D. Jean Veta

Cortlin H. Lannin (CA Bar No. 266488)
(*pro hac vice* motion to be submitted)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000
clannin@cov.com

D. Jean Veta (D.C. Bar No. 358980)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com

Michael J. Lanosa (CA Bar No. 30124)
(*pro hac vice* motion to be submitted)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Phone: (424) 332-4800
mlanosa@cov.com

*Attorney of Record for Nonparty Groups*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2023, I electronically filed the foregoing document with the Clerk of the Court via email, and that I also caused copies of the documents to be sent to the Clerk via FedEx.  I also certify that on that same day, with their consent I caused the foregoing documents to be served on counsel for Defendants Jason Weida and the Agency for Health Care Administration via email at the following addresses:

Mohammad O. Jazil (via email only)
Gary V. Perko (via email only)
Michael Beato (via email only)
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
Phone:  (850) 270-5938
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
mbeato@holtzmanvogel.com

                                            */s Michael J. Lanosa*
                                            Michael J. Lanosa