# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON:<br><br>AMERICAN ACADEMY OF PEDIATRICS,<br>345 Park Boulevard<br>Itasca, IL 60143<br><br>ENDOCRINE SOCIETY,<br>2055 L Street NW, Suite 600<br>Washington, DC 20036<br><br>WORLD PROFESSIONAL ASSOCIATION FOR TRANSGENDER HEALTH,<br>1300 S. 2nd Street, Suite 180<br>Minneapolis, MN 55454<br><br>AMERICAN ACADEMY OF CHILD & ADOLESCENT PSYCHIATRY,<br>3615 Wisconsin Avenue NW<br>Washington, DC 20016<br><br>AMERICAN ACADEMY OF FAMILY PHYSICIANS,<br>11400 Tomahawk Creek Parkway<br>Leawood, KS 66211<br><br>AMERICAN ACADEMY OF NURSING,<br>1000 Vermont Avenue NW, Suite 910<br>Washington, DC 20005<br><br>AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS,<br>409 12th Street SW<br>Washington, DC 20024<br><br>AMERICAN COLLEGE OF PHYSICIANS,<br>190 N. Independence Mall West<br>Philadelphia, PA 19106<br><br>AMERICAN MEDICAL ASSOCIATION,<br>330 N. Wabash Avenue, Suite 39300<br>Chicago, IL 60611 | Misc. Case No. 23-MC-00004 |

AMERICAN PEDIATRIC SOCIETY,
9303 New Trails Drive, Suite 350
The Woodlands, TX 77381

AMERICAN PSYCHIATRIC ASSOCIATION,
800 Maine Avenue SW, Suite 900
Washington, DC 20024

ASSOCIATION OF AMERICAN MEDICAL COLLEGES,
655 K Street NW, Suite 100
Washington, DC 20001

NATIONAL ASSOCIATION OF PEDIATRIC NURSE PRACTITIONERS,
5 Hanover Square, Suite 1401
New York, NY 10004

NORTH CENTRAL FLORIDA COUNCIL OF CHILD & ADOLESCENT PSYCHIATRY,
3615 Wisconsin Avenue NW
Washington, DC 20016

SOCIETIES FOR PEDIATRIC UROLOGY,
500 Cummings Center, Suite 4400
Beverly, MA 01915

SOCIETY FOR ADOLESCENT HEALTH AND MEDICINE,
111 West Jackson Boulevard, Suite 1412
Chicago, IL 60604

SOCIETY FOR PEDIATRIC RESEARCH, and
9303 New Trails Drive, Suite 350
The Woodlands, TX 77381

SOCIETY OF PEDIATRIC NURSES
330 N. Wabash Avenue, Suite 2000
Chicago, IL 60611

| | |
|---|---|
| AUGUST DEKKER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JASON WEIDA, et al., <br><br> Defendants. | Northern District of Florida Case No. 4:22-cv-325-RH-MAF |

**INTERIM SECRETARY WEIDA AND THE FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION'S UNOPPOSED MOTION TO EXPEDITE DECISION ON <u>NON-PARTIES JOINT MOTION TO QUASH SUBPOENAS</u>**

Interim Secretary Weida and the Florida Agency for Health Care Administration ("AHCA"), by and through undersigned counsel and pursuant to Local Rule 7, hereby move this Court to expedite resolution of the joint motion of eighteen non-parties[1] to quash subpoenas[2] served by AHCA on November 28, 2022 in connection with an action pending in the United States District Court for the Northern District of Florida, *Dekker, et al. v. Weida, et al.*, No. 4:22-cv-325-RH-MAF. The underlying case involves a challenge by four transgender individuals—two adults and two minors—against AHCA's August 21, 2022 rule establishing that "Florida Medicaid does

---

[1] The eighteen non-parties—all of which sought to jointly file an amicus brief in the underlying case—are as follows: World Professional Association for Transgender Health, Endocrine Society, American Academy of Pediatrics, American Academy of Child & Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Nursing, American College of Obstetricians and Gynecologists, American College of Physicians, American Medical Association, American Pediatric Society, American Psychiatric Association, Association of American Medical Colleges, National Association of Pediatric Nurse Practitioners, North Central Florida Council of Child & Adolescent Psychiatry, Societies for Pediatric Urology, Society for Adolescent Health and Medicine, Society for Pediatric Research, and Society of Pediatric Nurses.

[2] Subpoenas for depositions and documents were served on non-parties American World Professional Association for Transgender Health ("WPATH"), Endocrine Society ("ES"), and American Academy of Pediatrics ("AAP"). Subpoenas for documents were served on the remaining non-parties. All have the same counsel.

3

not cover," as "treatment of gender dysphoria," the use of (1) "puberty blockers," (2) "hormones or hormone antagonists," (3) "sex reassignment surgeries," or (4) "other procedures that alter primary or secondary sexual characteristics." Fla. Admin. Code. 59G-1.050(7)(a) (GAPMS Rule).[3] The GAPMS Rule was enacted subsequent to the release of the State's June 2022 GAPMS Report. The Northern District of Florida has denied Plaintiffs' motion for preliminary injunction and the GAPMS Rule is currently in effect.

An expedited ruling is warranted because the United States District Court for the Northern District of Florida has expedited the underlying case by setting a **February 7, 2023** discovery deadline, April 7, 2023 summary judgment deadline, and May 9, 2023 bench trial. The "controlling question" before the Northern District of Florida under binding circuit court precedent is whether, based on current medical knowledge, the state's determination that these treatments are experimental is reasonable.

The non-parties' views regarding the medical community's supposed prevailing accepted standard of care for the treatment of gender dysphoria treatment are the linchpin of Plaintiffs' case. Plaintiffs' Complaint is replete with references to the guidelines, standards, best-practices, and policy positions of the non-parties regarding the treatment of gender dysphoria, and a principal focus of Plaintiffs' cross-examination of AHCA's expert at the recent preliminary injunction hearing was on such matters. Moreover, the non-parties sought to file an amicus brief in the underlying case in which they specifically represented to the Northern District of Florida that their own gender dysphoria guidelines are not only consistent with—but actually a part of—the medical community's prevailing accepted standard of care for the treatment of gender dysphoria. The non-parties' stonewalling of the subpoenas thus substantially prejudices AHCA because it prevents

---

[3] This filing refers to Generally Accepted Professional Medical Standards as "GAPMS."

AHCA from obtaining relevant evidence that could be used to directly support AHCA's defense that the prohibited treatments for gender dysphoria are not consistent with GAPMS and are otherwise experimental.

The non-parties' have now filed a joint motion to quash the subpoenas to avoid producing documents in their possession that are relevant to the underlying case. AHCA will be filing a Memorandum of Points and Authorities in Opposition to the Non-Parties Joint Motion to Quash the Subpoenas on or before **January 20, 2023** in which it will respectfully request that this Court deny the non-parties joint motion to quash the subpoenas and do so on an expedited basis. The Court should take all appropriate measures to ensure that AHCA has sufficient time to obtain relevant documents from each of the non-parties and relevant deposition testimony from three of the non-parties (that can then be used at trial) before the Northern District of Florida's discovery cutoff of **February 7, 2023**.

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301

Dated: January 19, 2023          (850) 270-5938

*Counsel for Interim Secretary Weida and the Agency for Health Care Administration*

## LOCAL RULE CERTIFICATIONS

The undersigned certifies that this Motion to Expedite Decision on Non-Parties Joint Motion to Quash Subpoenas is unopposed and that the required discussion occurred under Local Rule 7(m).

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, a true and correct copy of the foregoing was served on counsel for the non-parties by electronic mail and all counsel of record for the parties who have appeared in *Dekker, et al. v. Weida, et al.*, No. 4:22-cv-325-RH-MAF by electronic mail.

/s/ Mohammad O. Jazil
Mohammad O. Jazil