IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>        Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>        Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF INTERIM SECRETARY WEIDA AND THE FLORIDA AGENCY FOR HEALTH CARE ADMINISTRATION TO EXPEDITE DECISION ON NON-PARTIES JOINT MOTION TO QUASH SUBPOENAS**

Upon consideration of the Unopposed Motion of Interim Secretary Weida and the Florida Agency for Health Care Administration to Expedite Decision on Non-Parties Joint Motion to Quash Subpoenas, it is hereby:

**ORDERED** that the Unopposed Motion to Expedite Decision on Non-Parties Joint Motion to Quash Subpoenas is **GRANTED**.

Dated: _____  _____
                                               U.S. District Judge