IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## APPEARANCE OF COUNSEL OF GARY V. PERKO

To: The Clerk of Court and all parties of record.

I, Gary V. Perko, am admitted or otherwise authorized to practice in this Court, and hereby submit my notice of appearance on behalf of Defendants Interim Secretary Jason Weida and the Agency for Health Care Administration in this matter.

Dated: January 19, 2023

/s/ Gary V. Perko
Gary V. Perko (FBN 855898)
gperko@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Interim Secretary Weida and the Agency for Health Care Administration*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2023, a true and correct copy of the foregoing was served on counsel for the non-parties by electronic mail and all counsel of record for the parties who have appeared in *Dekker, et al. v. Weida, et al.*, No. 4:22-cv-325-RH-MAF by electronic mail.

/s/ Gary V. Perko
Gary V. Perko