### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>       Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>       Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

### UNOPPOSED MOTION REQUESTING PERMISSION FOR
### JOSHUA E. PRATT TO APPEAR *PRO HAC VICE*

    In accordance with Local Rule 83.2(c) governing "Practice by Non-Members of the Bar of this Court," Mohammad O. Jazil, counsel for Defendants Jason Weida and the Florida Agency for Health Care Administration, and a member in good standing of the Bar of the U.S. District Court for the District of Columbia, respectfully requests this Court to permit Joshua E. Pratt to appear and participate *pro hac vice* as additional counsel on behalf of Defendants.

    Mr. Pratt is a licensed attorney admitted to practice in the State of Florida. Mr. Pratt's office is located at Holtzman Vogel, 119 South Monroe Street, Tallahassee, FL 32301. Mr. Pratt is a member in good standing of the Bar of the State of Florida.

    Pursuant to Local Rule 83.2(c), the Declaration of Joshua E. Pratt is attached hereto in support of this motion as Exhibit "A". The Declaration states that Joshua E. Pratt is a member in good standing of the Bars of the State of Florida, the U.S. Court of Appeals for the Eleventh

1

Circuit, the U.S. District Court for the Northern District of Florida, the U.S. District Court for the Middle District of Florida, and the U.S. District Court for the Southern District of Florida.

Also, pursuant to Local Rule 83.2(c), a Certificate of Good Standing from the Bar of the State of Florida is attached to Mr. Pratt's Declaration showing that Joshua E. Pratt is a member in good standing of the Bar of the State of Florida.

WHEREFORE, Mohammad O. Jazil, counsel for Defendants Jason Weida and the Florida Agency for Health Care Administration in this case, and a member in good standing of the Bar of the U.S. District Court for the District of Columbia, respectfully requests that this Court enter an Order permitting Joshua E. Pratt to appear *pro hac vice* as additional counsel on behalf of Defendants Jason Weida and the Florida Agency for Health Care Administration in the above captioned matter.

Respectfully submitted,

/s/ Mohammad O. Jazil
Mohammad O. Jazil (FBN 72556)
mjazil@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
Dated: January 20, 2023           (850) 270-5938

**LOCAL RULE CERTIFICATIONS**

The undersigned certifies that this motion is unopposed and that the required discussion occurred under Local Rule 7(m).

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2023, a true and correct copy of the foregoing was served on counsel for the non-parties by electronic mail and all counsel of record for the parties who have appeared in *Dekker, et al. v. Weida, et al.*, No. 4:22-cv-325-RH-MAF by electronic mail.

/s/ Mohammad O. Jazil
Mohammad O. Jazil