## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## DECLARATION OF JOSHUA E. PRATT

Joshua E. Pratt, applying for appearance *pro hav vice* pursuant to Local Rule 83.2(c), hereby declares:

1. My full legal name is Joshua Elliott Pratt.

2. My office address is Holtzman Vogel, 119 South Monroe Street, Tallahassee, FL 32301. My telephone number is 850-879-3339.

3. I have been admitted to the following Bars:

    a. The State of Florida.

    b. The U.S. Court of Appeals for the Eleventh Circuit.

    c. The U.S. District Court for the Northern District of Florida.

    d. The U.S. District Court for the Middle District of Florida.

    e. The U.S. District Court for the Southern District of Florida.

4. I certify that I have not been disciplined by any Bar.

1

5. I have been admitted *pro hac vice* in this Court zero (0) times within the past two years.

6. I do not engage in the practice of law from any office located in the District of Columbia, not am I a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. This declaration is accompanied by the requisite certificate from the Bar of the State of Florida, in which I regularly practice, showing that I am a member in good standing of the Bar of the State of Florida.

WHEREFORE, Joshua E. Pratt respectfully requests that the Court permit him to appear *pro hac vice* as additional counsel on behalf of Defendants Jason Weida and the Florida Agency for Health Care Administration in the above captioned matter.

Respectfully submitted,

/s/ Joshua Pratt
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 879-3339

Dated: January 20, 2023



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon    )            In Re:  0119347
                                      Joshua Elliott Pratt
                                      Holtzman Vogel
                                      119 S Monroe St
                                      Tallahassee, FL 32301-1591

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 29, 2015**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 20th day of **January**, **2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-213512