# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al., Plaintiffs, v. JASON WEIDA, et al., Defendants. | Northern District of Florida Case No. 4:22-cv-325-RH-MAF |

### [PROPOSED] ORDER GRANTING UNOPPOSED MOTION REQUESTING PERMISSION FOR JOSHUA E. PRATT TO APPEAR *PRO HAC VICE*

Upon consideration of the Unopposed Motion Requesting Permission for Joshua E. Pratt to Appear *Pro Hac Vice*, it is hereby:

**ORDERED** that the Unopposed Motion Requesting Permission for Joshua E. Pratt to Appear *Pro Hac Vice* is granted.

**ORDERED** that Joshua E. Pratt may appear *pro hac vice* as additional counsel on behalf of Defendants Jason Weida and the Florida Agency for Health Care Administration in the above captioned matter.

Dated: _____          _____
                                U.S. District Judge

1