**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al., <br><br>      Plaintiffs, <br>v. <br><br>JASON WEIDA, et al., <br><br>      Defendants. | Northern District of Florida <br>Case No. 4:22-cv-325-RH-MAF |

**[PROPOSED] ORDER DENYING NON-PARTIES JOINT MOTION TO QUASH SUBPOENAS AND ORDERING COMPLIANCE WITH SUBPOENAS**

Upon consideration of the Non-Parties Joint Motion to Quash Subpoenas and for Fees ("Motion to Quash"), the Memorandum of Points and Authorities in Opposition to the Joint Motion to Quash the Subpoenas filed by Interim Secretary Weida and the Florida Agency for Health Care Administration ("AHCA"), and the record before the Court, it is hereby:

**ORDERED** that the Motion to Quash is hereby denied in its entirety.

**ORDERED** that non-parties World Professional Association for Transgender Health, Endocrine Society, and American Academy of Pediatrics shall comply with their respective subpoenas and designate a representative who shall appear for deposition on or before **February 1, 2023** and submit to questioning regarding the following deposition topics:

1. The Entity's policy position on gender affirming care for gender dysphoria.
2. Any guidelines, standards, best-practices, or policy positions considered or adopted by the Entity for the treatment of gender dysphoria.

1

3. Any side effects and risks associated with the treatments recommended by a guideline, standard, best-practice, or policy.
4. The process used to adopt (or approve) any guidelines, standards, best-practices, or policy positions concerning the treatment of gender dysphoria.
5. How many of the Entity's total membership, if any, voted to support any guidelines, standards, best-practices, or policy positions.
6. Why the Entity sought to file an amicus brief in this case.

**ORDERED** that all of the non-parties shall comply with their respective subpoenas and produce responsive documents on or before **February 1, 2023** to the following requests for production:

1. Any documents that state the total number of your membership.
2. Any documents that describe how you establish guidelines, standards, best-practices, or policy positions.
3. Any documents describing how you established guidelines, standards, best-practices, or policy positions on gender-affirming care for gender dysphoria. Any documents and communications showing the individuals or committees that proposed, reviewed, modified, or voted on your guidelines, standards, best-practices, or policy positions on gender-affirming care for gender dysphoria.
4. Any communications with your membership concerning your guidelines, standards, best-practices, or policy positions on gender-affirming care for gender dysphoria.
5. Any documents and communications detailing your communications with Plaintiffs in *Weida v. Marstiller*, 4:22-cv-325-RH-MAF (N.D. Fla.).
6. Any documents and communications showing that you considered the side effects and risks associated with the treatments recommended through your guidelines, standards, best-practices, or policy positions on gender-affirming care for gender dysphoria.

**ORDERED** that this Court retains jurisdiction over this matter to enforce the subpoenas.

Dated: _____          _____
                                U.S. District Judge