IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-mc-00004-CJN |
| AUGUST DEKKER, et al.,<br><br>　　　　Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>　　　　Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## MOTION FOR ADMISSION *PRO HAC VICE* OF
## MICHAEL J. LANOSA

Pursuant to Local Rule 83.2(c), D. Jean Veta, a member in good standing of the United States District Court for the District of Columbia and the undersigned sponsoring counsel, respectfully moves this Court for the entry of an order admitting Michael J. Lanosa of Covington & Burling LLP to practice before this Court *pro hac vice* on behalf of American Academy of Pediatrics ("AAP"), Endocrine Society, World Professional Association for Transgender Health ("WPATH"), American Academy of Child & Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Nursing, American College of Obstetricians and Gynecologists, American College of Physicians, American Medical Association, American Pediatric Society, American Psychiatric Association, Association of American Medical Colleges, National Association of Pediatric Nurse Practitioners, North Central Florida Council of Child & Adolescent Psychiatry, Societies for Pediatric Urology, Society for Adolescent Health and Medicine, Society for Pediatric Research, and Society of Pediatric Nurses (collectively, the

1

"Nonparty Groups") in the above-captioned case.  Movant has entered her appearance in this matter as counsel for the Nonparty Groups.

      This motion is accompanied by a declaration from Mr. Lanosa providing the information required by Rule 83.2(c)(2).  Attached to Mr. Lanosa's declaration is a certificate from the State Bar of California, the bar of the state of the state in which Mr. Lanosa regularly practices, stating that he is a member in good standing.  Pursuant to Rule 7(c) of the local rules of this Court, a proposed order is also submitted herewith.

Dated: January 23, 2023

Respectfully submitted,

*/s/D. Jean Veta*
D. Jean Veta

D. Jean Veta (D.C. Bar No. 358980)
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com

*Attorney for the Nonparty Groups*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2023, I electronically filed the foregoing document and its attachments with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered participants.

                                                   */s/D. Jean Veta*
                                                   D. Jean Veta