**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-mc-00004-CJN |
| AUGUST DEKKER, et al.,<br><br>             Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>             Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

**DECLARATION OF MICHAEL J. LANOSA IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael J. Lanosa, declare as follows:

1.      I am an attorney in the law firm of Covington & Burling LLP.

2.      My business address is 1999 Avenue of the Stars, Los Angeles, California 90067.

My business telephone number is (424) 332-4800 and my email address is mlanosa@cov.com.

3.      I am member in good standing of every bar to which I have been admitted.  All of

the bars to which I have been admitted are listed below:

   a.   The State of California (Cal. Bar No. 30124),

   b.   The United States District Court for the Northern District of California,

   c.   The United States District Court for the Eastern District of Arkansas,

   d.   The United States Court of Appeals for the Seventh Circuit,

   e.   The United States Court of Appeals for the Eighth Circuit, and

   f.   The United States Court of Appeals for the Ninth Circuit.

1

4.      I have not been disciplined by any bar and am not currently the subject of any disciplinary proceedings.

5.      I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

6.      I do not engage in the practice of law from any office located within the District of Columbia.  I am neither admitted to nor have an application for membership pending with the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct.  This declaration is executed this 23rd day of January, 2023, in Los Angeles, California.

Michael J. Lanosa

# The State Bar
## of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

January 19, 2023

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL J. LANOSA, #301241 was admitted to the practice of law in this state by the Supreme Court of California on December 9, 2014 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records