## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-mc-00004-CJN |
| AUGUST DEKKER, et al.,<br><br>　　　　　Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>　　　　　Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

**[PROPOSED] ORDER GRANTING MOTION OF D. JEAN VETA FOR ADMISSION *PRO HAC VICE* OF CORTLIN H. LANNIN**

Upon consideration of the Motion of D. Jean Veta for Admission *Pro Hac Vice* of Cortlin H. Lannin ("Motion for Admission"), it is hereby:

**ORDERED** that the Motion for Admission is **GRANTED**; it is further

**ORDERED** that Cortlin H. Lannin is admitted to practice before this Court *pro hac vice* in the case of *In re Subpoenas Served on American Academy of Pediatrics, et al.*, Misc. Case No. 23-mc-00004-CJN.  Counsel should register for e-filing via PACER and file a notice of appearance pursuant to Local Rule 83.6(a).

**SO ORDERED.**

Dated: _____

_____
U.S. District Judge