**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-mc-00004-CJN |
| AUGUST DEKKER, et al., <br><br>      Plaintiffs, <br>v. <br><br>JASON WEIDA, et al., <br><br>      Defendants. | Northern District of Florida <br>Case No. 4:22-cv-325-RH-MAF |

**DECLARATION OF CORTLIN H. LANNIN IN SUPPORT OF REPLY OF NONPARTY GROUPS IN SUPPORT OF JOINT MOTION TO QUASH RULE 45 SUBPOENAS AND FOR FEES**

I, Cortlin H. Lannin, hereby declare as follows:

1. I am an attorney in the law firm of Covington & Burling LLP, counsel for American Academy of Pediatrics ("AAP"), World Professional Association for Transgender Health ("WPATH"), Endocrine Society, American Academy of Child & Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Nursing, American College of Obstetricians and Gynecologists, American College of Physicians, American Medical Association, American Pediatric Society, American Psychiatric Association, Association of American Medical Colleges, National Association of Pediatric Nurse Practitioners, North Central Florida Council of Child & Adolescent Psychiatry, Societies for Pediatric Urology, Society for Adolescent Health and Medicine, Society for Pediatric Research, and Society of Pediatric Nurses (collectively, the "Nonparty Groups"). The matters set forth herein are true and correct of my

own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Proposed Findings of Fact filed by Defendants on January 18, 2023, Document # 257, in the case of *Brandt v. Griffin*, No. 4:21-CV-00450-JM (E.D. Ark.).

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Proposed Findings of Fact filed by Plaintiffs on January 18, 2023, Document # 259, in the case of *Brandt v. Griffin*.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed this 25th day of January, 2023, in Washington, District of Columbia.

_____
Cortlin H. Lannin