IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON:<br><br>AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>　　　*Plaintiffs*,<br>v.<br><br>JASON WEIDA, et al.,<br><br>　　　*Defendants*. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## APPEARANCE OF COUNSEL CATHERINE MCKEE

To: The Clerk of Court and all parties of record.

　　I, Catherine McKee, am admitted or otherwise authorized to practice in this Court, and hereby submit my notice of appearance on behalf of Plaintiffs (and Proposed *Amici*) August Dekker, Brit Rothstein, Susan Doe, and K.F in this matter.

　　Dated this 25th day of January 2023.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Catherine McKee*
　　　　　　　　　　　　　　　　　　　　　Catherine McKee (Bar ID NC0003)
　　　　　　　　　　　　　　　　　　　　　**NATIONAL HEALTH LAW PROGRAM**
　　　　　　　　　　　　　　　　　　　　　1512 E. Franklin Street, Suite 110
　　　　　　　　　　　　　　　　　　　　　Chapel Hill, NC 27514
　　　　　　　　　　　　　　　　　　　　　T: (919) 968-6308
　　　　　　　　　　　　　　　　　　　　　mckee@healthlaw.org

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 25, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                 By: s/ *Catherine McKee*