IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON:<br><br>AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>    *Plaintiffs*,<br>v.<br><br>JASON WEIDA, et al.,<br><br>    *Defendants*. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

**[PROPOSED] ORDER GRANTING MOTION OF AUGUST DEKKER, BRIT ROTHSTEIN, SUSAN DOE, AND K.F. FOR LEAVE TO FILE *AMICUS* BRIEF**

Upon this Court's review and full consideration of the Motion of August Dekker, Brit Rothstein, Susan Doe, and K.F. for Leave to File Amicus Brief, it is hereby **ORDERED** that the Motion is **GRANTED**, and the attached proposed *amicus* brief shall be docketed.

Dated: _____        _____
                                                                                              HONORABLE CARL J. NICHOLS
                                                                                              UNITED STATES DISTRICT JUDGE