IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | Misc. Case No. 23-MC-00004 (CJN) |
| AUGUST DEKKER, *et al.*, <br><br>      Plaintiffs,<br>v.<br><br>JASON WEIDA, *et al.*,<br><br>      Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## ORDER

For the reasons discussed at the January 26, 2023 telephonic hearing, and based on the entire record of this matter, it is hereby

**ORDERED** that the Movants' Motion to Quash is **GRANTED IN PART**, **DENIED IN PART**, and **HELD IN ABEYANCE IN PART**; and it is further

**ORDERED** that, on or before February 2, 2023, each Movant shall produce:

1. Documents sufficient to show its total number of members.
2. Documents sufficient to show how it establishes guidelines or, if it does not establish guidelines, policy positions.
3. Its guidelines or policy position (if any) on gender-affirming care for gender dysphoria.
4. Documents sufficient to show how it established guidelines or, if it has not established guidelines, its policy position (if any) on gender-affirming care for gender dysphoria.
5. Any official communications with its membership concerning its guidelines or, if it has not established guidelines, its policy position (if any) on gender-affirming care for gender dysphoria.

The Court holds in abeyance the question of whether and to what extent depositions should be permitted. The Court retains jurisdiction over this matter to enforce this Order.

Date: January 26, 2023

_____
CARL J. NICHOLS
United States District Judge