IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON:<br><br>AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>    *Plaintiffs*,<br>v.<br><br>JASON WEIDA, et al.,<br><br>    *Defendants*. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

**MOTION FOR ADMISSION *PRO HAC VICE* OF OMAR GONZALEZ-PAGAN**

Pursuant to Local Civil Rule 83.2(c), Gary Shaw, a member of the bar of this Court and counsel for proposed *amici* Plaintiffs, hereby moves for the admission *pro hac vice* of Omar Gonzalez-Pagan in the above-captioned case. In support of this motion, the undersigned states as follows:

1. Omar Gonzalez-Pagan is an attorney with Lambda Legal Defense and Education Fund, Inc. and maintains his office at 120 Wall Street, 19th Floor, New York, NY 10005.

2. This motion is accompanied by a declaration from Mr. Gonzalez-Pagan providing the information required by Rule 83.2(c)(2). As set forth in the declaration, Mr. Gonzalez-Pagan is an active member in good standing of the state bars of the Commonwealth of Massachusetts (#678517) and the State of New York (#5294616), as well as the bars of the U.S. Supreme Court; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; and the U.S. District Courts for the District of Colorado, the District of Massachusetts, the Eastern District of New York, the Northern District of New York, and the

Southern District of New York. Attached to Mr. Gonzalez-Pagan's declaration is a certificate from the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, the bar of the state of the state in which Mr. Gonzalez-Pagan regularly practices, stating that he is a member in good standing.

3. Omar Gonzalez-Pagan does not seek to be admitted generally, but for the purpose of this case only.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Omar Gonzalez-Pagan to appear *pro hac vice* in the above-captioned case.

Dated this 26th day of January 2023.

Respectfully submitted,

/s/ Gary J. Shaw
Gary J. Shaw (DC Bar ID 1018056)
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street, N.W.
Washington, DC 20036
T: (202) 663-8000
gary.shaw@pillsburylaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record via transmission of Notices of Electronic Filing generated by the CM/ECF system.

By: s/ *Gary J. Shaw*