# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON:<br><br>AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>    *Plaintiffs*,<br>v.<br><br>JASON WEIDA, et al.,<br><br>    *Defendants*. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## [PROPOSED] ORDER

Upon consideration of the Motion for Admission *Pro Hac Vice* of Omar Gonzalez-Pagan, it is hereby ORDERED that the Motion is GRANTED. Omar Gonzalez-Pagan is admitted *pro hac vice* and may appear on behalf of *Amici* Plaintiffs in the above-captioned case.

Dated: _____       _____

                                                                                        United States District Judge