IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 1:23-mc-00004-CJN |
| AUGUST DEKKER, et al., <br><br>      Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>      Defendants. | Northern District of Florida<br>Case No. 4:22cv325-RH-MAF |

**APPEARANCE OF COUNSEL OF MICHAEL J. LANOSA**

To: The clerk of court and all parties of record

I, Michael J. Lanosa, am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for nonparties American Academy of Pediatrics ("AAP"), Endocrine Society, World Professional Association for Transgender Health ("WPATH"), American Academy of Child & Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Nursing, American College of Obstetricians and Gynecologists, American College of Physicians, American Medical Association, American Pediatric Society, American Psychiatric Association, Association of American Medical Colleges, National Association of Pediatric Nurse Practitioners, North Central Florida Council of Child & Adolescent Psychiatry, Societies for Pediatric Urology, Society for Adolescent Health and Medicine, Society for Pediatric Research, and Society of Pediatric Nurses (collectively, the "Nonparty Groups").

Dated: January 27, 2023 　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael J. Lanosa*
　　　　　　　　　　　　　　　　　　　　　　Michael J. Lanosa

Cortlin H. Lannin (CA Bar No. 266488)　　　D. Jean Veta (D.C. Bar No. 358980)
(admitted *pro hac vice*)　　　　　　　　　　One CityCenter
COVINGTON & BURLING LLP　　　　　　　850 Tenth St., N.W.
Salesforce Tower　　　　　　　　　　　　　Washington, D.C. 20001
415 Mission St., Suite 5400　　　　　　　　　Phone: (202) 662-6000
San Francisco, CA 94105　　　　　　　　　　jveta@cov.com
Phone: (415) 591-6000
clannin@cov.com　　　　　　　　　　　　　*Counsel for Nonparty Groups*

Michael J. Lanosa (CA Bar No. 30124)
(admitted *pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Phone: (424) 332-4800
mlanosa@cov.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 27, 2023, I electronically filed the foregoing document and its attachment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                                            */s/ Michael J. Lanosa*
                                                                            Michael J. Lanosa