IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>      Plaintiffs,<br>v.<br>JASON WEIDA, et al.,<br><br>      Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

**NOTICE CONCERNING UNDERLYING CASE AND
NON-PARTY'S UNOPPOSED REQUEST FOR EXTENSION**

Consistent with the Court's colloquy with counsel at yesterday's hearing, counsel for the State note that the Northern District of Florida has stated its intention to extend fact discovery in the underlying case until February 14, 2023. As a result of the extension, the Nonparty Groups are requesting a corresponding one-week extension of their subpoena compliance deadline, from February 2, 2023 to February 9, 2023, which the State does not oppose.

Dated: January 27, 2023

/s/ Mohammad O. Jazil
Mohammad O. Jazil
Gary V. Perko
Joshua E. Pratt*
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
mjazil@holtzmanvogel.com
gperko@holtzmanvogel.com
jpratt@holtzmanvogel.com
119 S. Monroe St., Suite 500
Tallahassee, FL 32301

1

(850) 270-5938

*Counsel for Interim Secretary Weida and the Agency for Health Care Administration*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2023, a true and correct copy of the foregoing was filed using this Court's CM/ECF, which will serve a copy on all counsel who have filed notices of appearance in this matter.

/s/ Mohammad O. Jazil
Mohammad O. Jazil