# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al., <br><br> Plaintiffs, <br> v. <br><br> JASON WEIDA, et al., <br><br> Defendants. | Northern District of Florida <br> Case No. 4:22-cv-325-RH-MAF |

## APPEARANCE OF COUNSEL OF JOSHUA E. PRATT

To: The Clerk of Court and all parties of record.

I, Joshua E. Pratt, am admitted or otherwise authorized to practice in this Court, and hereby submit my notice of appearance on behalf of Defendants Interim Secretary Jason Weida and the Agency for Health Care Administration in this matter.

Dated: January 27, 2023

/s/ Joshua E. Pratt
Joshua E. Pratt (FBN 119347)
jpratt@holtzmanvogel.com
HOLTZMAN VOGEL BARAN
TORCHINSKY & JOSEFIAK PLLC
119 S. Monroe St., Suite 500
Tallahassee, FL 32301
(850) 270-5938

*Counsel for Interim Secretary Weida and the Agency for Health Care Administration*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 27, 2023, a true and correct copy of the foregoing was filed using this Court's CM/ECF, which will serve a copy on all counsel who have filed notices of appearance in this matter.

                                           /s/ Joshua E. Pratt
                                           Joshua E. Pratt