# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON:<br><br>AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>       *Plaintiffs*,<br>v.<br><br>JASON WEIDA, et al.,<br><br>       *Defendants*. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## DECLARATION OF OMAR GONZALEZ-PAGAN

Pursuant to Local Rule 83.2(c)(2), I, Omar Gonzalez-Pagan, submit this declaration in support of my application for leave to appear and practice in this case pro hac vice:

1. My full name is Omar Francisco Gonzalez-Pagan.

2. I am Counsel with Lambda Legal Defense and Education Fund, Inc.

3. My office is located at 120 Wall Street, 19th Floor, New York, NY 10005-3919. My office telephone number is (212) 809-8585.

4. I am admitted to practice law by the following bars and courts: Commonwealth of Massachusetts (#678517) and the State of New York (#5294616); U.S. Supreme Court; the U.S. Courts of Appeals for the First, Second, Third, Fourth, Fifth, Seventh, Eighth, Ninth, Tenth, and Eleventh Circuits; and the U.S. District Courts for the District of Colorado, the District of Massachusetts, the Eastern District of New York, the Northern District of New York, and the Southern District of New York.

5. I am currently in good standing with all bars to which I have been admitted.

6. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

7. I have not been admitted *pro hac vice* in this Court within the last two years, though I am counsel of record in *Whitman-Walker Clinic, Inc. v. U.S. Department of Health & Human Services*, Case No. 1:20-cv-01630-JEB, for which I was admitted *pro hac vice* on June 29, 2020.

8. I do not engage in the practice of law from any office located within the District of Columbia. I am neither admitted to nor have an application for membership pending with the District of Columbia Bar. I currently practice law in an office located in New York, New York.

I certify under the penalty of perjury that the foregoing is true and correct.

Dated this 27th day of January 2023.

_____