# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON:<br><br>AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-MC-00004 |
| AUGUST DEKKER, et al.,<br><br>      *Plaintiffs*,<br>v.<br><br>JASON WEIDA, et al.,<br><br>      *Defendants*. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for plaintiffs AUGUST DEKKER, legally known as KORI DEKKER; BRIT ROTHSTEIN; SUSAN DOE, a minor, by and through her parents JANE and JOHN DOE; and K.F., a minor, by and through his parent and next friend JADE LADUE.

Dated this 6th day of February 2023.

                                                          */s/ Omar Gonzalez-Pagan*
                                                          Omar Gonzalez-Pagan (NY Bar 5294616)
                                                          **Lambda Legal Defense and**
                                                                **Education Fund, Inc.**
                                                          120 Wall Street, 19th Floor
                                                          New York, NY 10005
                                                          (212) 809-8585
                                                          ogonzalez-pagan@lambdalegal.org