IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | Misc. Case No. 23-MC-00004 (CJN) |
| AUGUST DEKKER, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> JASON WEIDA, *et al.*, <br><br> Defendants. | Northern District of Florida <br> Case No. 4:22-cv-325-RH-MAF |

**ORDER**

For the reasons discussed in detail at the February 27, 2023 telephonic hearing, it is hereby

**ORDERED** that the fourth paragraph of the Court's January 26, 2023 Order relating to the production of documents is clarified as follows:

> In producing documents sufficient to show "how" the Nonparty Groups established guidelines or policy positions on gender-affirming care for the treatment of gender dysphoria, the Nonparty Groups shall produce documents sufficient to show both (a) the process by which any such guidelines or policy positions were adopted, and (b) the substantive materials and opinions that were considered and relied upon, as well as the materials and opinions that were considered and rejected, in adopting the guidelines or policy positions. This includes, but is not limited to, documents that would be sufficient to show what studies were considered in adopting the guidelines or policy positions and why a particular study was relied upon or rejected. It also includes documents that would be sufficient to show whether any dissenting views were otherwise acknowledged, whether such views were considered in adopting guidelines or policy positions, and why such views were rejected.[1]

---

[1] The Court refers the AHCA and the Nonparty Groups to its oral instructions at the February 27, 2023 hearing for further clarification of its previous Order.

1

It is further **ORDERED** that the World Professional Association for Transgender Health, the Endocrine Society, and the American Academy of Pediatrics shall submit to depositions on the following terms:

1. Each organization shall designate a single corporate representative of their choosing to appear for deposition on behalf of each respective organization.
2. The depositions shall take place at a mutually agreeable time, but each deposition must be held no later than three days prior to the discovery deadline set by the United States District Court for the Northern District of Florida.
3. A deposition may take place over Zoom if the organization so chooses.
4. Each deposition shall be limited to no more than three hours on the record, but the AHCA may for good cause move for additional time.
5. The deposition topics shall be limited to the topics covered in the Court's Order for the production of documents, as clarified by this Order. Specifically, the depositions shall cover the following topics:
    a. The organization's total number of members.
    b. How the organization establishes guidelines or policy positions.
    c. The organization's guidelines or policy position on gender-affirming care for gender dysphoria.
    d. How the organization established its guidelines or policy position on gender-affirming care for gender dysphoria (as clarified by this Order and the Court's oral instructions).
    e. Official communications with the organization's membership concerning its guidelines or policy position on gender-affirming care for gender dysphoria.

The Court retains jurisdiction to enforce this Order.

Date: February 28, 2023

_____
CARL J. NICHOLS
United States District Judge