IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-mc-00004-CJN |
| AUGUST DEKKER, et al.,<br><br>       Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>       Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

**JOINT EMERGENCY MOTION OF NONPARTY GROUPS
FOR STAY PENDING APPEAL**

The Nonparty Groups[1] jointly move on an emergency basis to stay this Court's orders dated January 26, 2023 (Doc. 18) and February 28, 2023 (Doc. 26) (collectively, "Orders") requiring all the Nonparty Groups to produce certain categories of documents and requiring AAP, Endocrine Society, and WPATH to submit to depositions regarding, among other things, matters protected by the Nonparty Groups' First Amendment rights.  This motion for stay is submitted pending the Nonparty Groups' appeal of the Orders.

---

[1] The Nonparty Groups are American Academy of Pediatrics ("AAP"), Endocrine Society, World Professional Association for Transgender Health ("WPATH"), American Academy of Child & Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Nursing, American College of Obstetricians and Gynecologists, American College of Physicians, American Medical Association, American Pediatric Society, American Psychiatric Association, Association of American Medical Colleges, National Association of Pediatric Nurse Practitioners, North Central Florida Council of Child & Adolescent Psychiatry, Societies for Pediatric Urology, Society for Adolescent Health and Medicine, Society for Pediatric Research, and Society of Pediatric Nurses.

1

The Nonparty Groups have styled this as an emergency motion because, pursuant to the Court's most recent order, all the Nonparty Groups are due to produce documents in short order, and the depositions of AAP, Endocrine Society, and WPATH must be complete by Wednesday, March 8, 2023.  Absent relief from this Court, those organizations are confronted with the imminent prospect of providing compelled information and testimony that, in their good faith view, infringes their First Amendment rights.

A Statement of Points and Authorities in support of this Motion and a proposed order are also submitted herewith.  As described in the accompanying Statement of Points and Authorities, this emergency motion for stay should be granted because the Nonparty Groups have a strong likelihood of success on the merits of their appeal; the Nonparty Groups will be irreparably injured absent a stay; the public interest favors the granting of the stay; and issuance of the stay will not substantially injure the State.

Dated: March 2, 2023                                                 Respectfully submitted,

                                                                     /s D. Jean Veta
                                                                     D. Jean Veta

Cortlin H. Lannin (CA Bar No. 266488)                                D. Jean Veta (D.C. Bar No. 358980)
(admitted *pro hac vice*)                                            COVINGTON & BURLING, LLP
COVINGTON & BURLING LLP                                              One CityCenter
Salesforce Tower                                                     850 Tenth St., N.W.
415 Mission St., Suite 5400                                          Washington, D.C. 20001
San Francisco, CA 94105                                              Phone: (202) 662-6000
Phone: (415) 591-6000                                                jveta@cov.com
clannin@cov.com

Michael J. Lanosa (CA Bar No. 30124)                                 *Counsel for Nonparty Groups*
(admitted *pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Phone: (424) 332-4800
mlanosa@cov.com

**LOCAL RULE 7(m) STATEMENT**

Counsel for the Nonparty Groups and Defendants discussed this motion on March 2, 2023.  Counsel for Defendants confirmed Defendants will oppose this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2023, I electronically filed the foregoing document and its attachment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

*/s D. Jean Veta*
D. Jean Veta
