IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, et al., | Misc. Case No. 23-mc-00004-CJN |
| AUGUST DEKKER, et al.,<br><br>       Plaintiffs,<br>v.<br><br>JASON WEIDA, et al.,<br><br>       Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

### [PROPOSED] ORDER GRANTING
### JOINT EMERGENCY MOTION OF NONPARTY GROUPS
### FOR STAY PENDING APPEAL

Upon consideration of the Joint Emergency Motion of Nonparty Groups for Stay Pending Appeal ("Motion for Stay") and the entire record herein, it is hereby

**ORDERED** that the Emergency Motion for Stay is **GRANTED**; it is further

**ORDERED** that this Court's orders dated January 26, 2023 (Doc. 18) and February 28, 2023 (Doc. 26) are stayed pending appeal.

       **SO ORDERED.**

Dated: _____        _____
                                                                Hon. Carl J. Nichols
                                                                U.S. District Judge