IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | Misc. Case No. 23-MC-00004 (CJN) |
| AUGUST DEKKER, *et al.*,<br><br>    Plaintiffs,<br>v.<br>JASON WEIDA, *et al.*,<br><br>    Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## NOTICE OF APPEAL

NOTICE is hereby given that American Academy of Pediatrics ("AAP"), Endocrine Society, World Professional Association for Transgender Health ("WPATH"), American Academy of Child & Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Nursing, American College of Obstetricians and Gynecologists, American College of Physicians, American Medical Association, American Pediatric Society, American Psychiatric Association, Association of American Medical Colleges, National Association of Pediatric Nurse Practitioners, North Central Florida Council of Child & Adolescent Psychiatry, Societies for Pediatric Urology, Society for Adolescent Health and Medicine, Society for Pediatric Research, and Society of Pediatric Nurses (collectively, the "Nonparty Groups") hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Orders entered in this case on January 26, 2023, *see* Order (Jan. 26, 2023), ECF No. 18, and on February 28, 2023, *see* Order (Feb. 28, 2023), ECF No. 26, resolving the Nonparty Groups' Motion to Quash, ECF No. 1. The

Nonparty Groups also appeal from any and all underlying orders, rulings, findings, and/or conclusions adverse to them.

Dated: March 2, 2023

Respectfully submitted,

*/s D. Jean Veta*
D. Jean Veta

Cortlin H. Lannin (CA Bar No. 266488)
(admitted *pro hac vice*)
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission St., Suite 5400
San Francisco, CA 94105
Phone: (415) 591-6000
clannin@cov.com

D. Jean Veta (D.C. Bar No. 358980)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth St., N.W.
Washington, D.C. 20001
Phone: (202) 662-6000
jveta@cov.com

*Counsel for Nonparty Groups*

Michael J. Lanosa (CA Bar No. 30124)
(admitted *pro hac vice*)
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067
Phone: (424) 332-4800
mlanosa@cov.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                   */s D. Jean Veta*
                                                   D. Jean Veta