IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | Misc. Case No. 23-MC-00004 (CJN) |
| AUGUST DEKKER, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> JASON WEIDA, *et al.*, <br><br> Defendants. | Northern District of Florida <br> Case No. 4:22-cv-325-RH-MAF |

**THE STATE'S RESPONSE IN OPPOSITION TO THE
NONPARTY GROUPS' EMERGENCY MOTION FOR STAY**

Secretary Weida and the Florida Agency for Health Care Administration (collectively, "the State"), oppose the eighteen medical organizations' ("the Nonparty Groups") emergency motion for stay.[1] The attached memorandum of points and authorities provides the bases to deny their motion. And a proposed order is attached as well. Accordingly, the State asks this Court to deny the motion.

---

[1] The Nonparty Groups are the World Professional Association for Transgender Health, Endocrine Society, American Academy of Pediatrics, American Academy of Child & Adolescent Psychiatry, American Academy of Family Physicians, American Academy of Nursing, American College of Obstetricians and Gynecologists, American College of Physicians, American Medical Association, American Pediatric Society, American Psychiatric Association, Association of American Medical Colleges, National Association of Pediatric Nurse Practitioners, North Central Florida Council of Child & Adolescent Psychiatry, Societies for Pediatric Urology, Society for Adolescent Health and Medicine, Society for Pediatric Research, and Society of Pediatric Nurses.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | /s/ Mohammad O. Jazil |
|  | Mohammad O. Jazil (FBN 72556) |
|  | Gary V. Perko (FBN 855898) |
|  | Joshua E. Pratt* (FBN 119347) |
|  | mjazil@holtzmanvogel.com |
|  | gperko@holtzmanvogel.com |
|  | jpratt@holtzmanvogel.com |
|  | HOLTZMAN VOGEL BARAN |
|  | TORCHINSKY & JOSEFIAK PLLC |
|  | 119 S. Monroe St., Suite 500 |
|  | Tallahassee, FL 32301 |
| Dated: March 3, 2023 | (850) 270-5938 |
|  | *admitted pro hac vice |
|  | *Counsel for Secretary Weida and the Agency for Health Care Administration* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2023, a true and correct copy of the foregoing was served on counsel for the non-parties by electronic mail and counsel of record for the parties who have appeared in *Dekker, et al. v. Weida, et al.*, No. 4:22-cv-325-RH-MAF by electronic mail.

/s/ Mohammad O. Jazil
Mohammad O. Jazil