IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE SUBPOENAS SERVED ON AMERICAN ACADEMY OF PEDIATRICS, *et al.*, | Misc. Case No. 23-MC-00004 (CJN) |
| AUGUST DEKKER, *et al.*, <br><br>    Plaintiffs,<br>v.<br><br>JASON WEIDA, *et al.*,<br><br>    Defendants. | Northern District of Florida<br>Case No. 4:22-cv-325-RH-MAF |

## [Proposed] <u>ORDER</u>

The matter before this Court is the Nonparty Groups' joint emergency motion for stay pending appeal. Doc. 27. This Court has reviewed the motion, the State's response in opposition, Doc. [Number], and relevant legal authorities.

After review, this Court concludes that the Nonparty Groups have failed to establish the four stay factors pending appeal. *Nken v. Holder*, 556 U.S. 418, 427 (2009). Therefore, it is:

**ORDERED** that the Nonparty Groups' motion is **DENIED**.

**ORDERED AND DONE** in chambers, in the District of Columbia.

_____
Judge Carl J. Nichols

1